TABERNACLE BAPTIST CHURCH, Respondent, *v.* FIFTH AVENUE BAPTIST CHURCH OF NEW YORK CITY, Appellant.

*Tabernacle Baptist Church* v. *Fifth Ave. Baptist Church*, 60 App. Div. 327, affirmed.
(Argued June 26, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George Welwood Murray* and *Charles P. Howland* for appellant.

*Benjamin Scharps* and *David Scharps* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., MARTIN, VANN and WERNER, JJ. Not voting: O'BRIEN, BARTLETT and CULLEN, JJ.